[No. 12138–7–II.  Division Two.  August 31, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS JOSEPH HEWITT, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 87–1–00982–3, Robert L. Harris, J., entered August 19, 1988. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.